STEEL CABLE ENGINEERING CO., Respondent, v. AMERICAN GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Steel Cable Engineering Company

against the American Glucose Company. No opinion. Judgment and order affirmed, with costs.